43 F.3d 465
 67 Fair Empl.Prac.Cas. (BNA) 480
 Rosemary B. GREENLAW, Plaintiff-Appellant,
v.
H. Lawrence GARRETT, III, Secretary, Department of the Navy;
B.J. McMillin; Richard B. Cheney, Secretary,
Department of Defense, Defendants-Appellees.
 No. 93-15308.
 United States Court of Appeals,
Ninth Circuit.
 March 27, 1995.
 
 1
 Before: CHOY and NOONAN, Circuit Judges, and MARQUEZ*, District Judge.
 
 ORDER
 
 2
 The Opinion filed on December 28, 1994, 43 F.3d 462 (9th Cir.1994) is withdrawn.
 
 
 
 *
 The Honorable Alfredo C. Marquez, Senior United States District Judge for the District of Arizona, sitting by designation